HENRY SCHULDT, JR., et al., Respondents, *v.* BENJAMIN CHUCKROW et al., Appellants.

(Argued October 8, 1929; decided October 22, 1929.)

*John T. Norton* and *Abraham C. Goldstein* for appellants.
*Owen D. Connolly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.